### Exhibit A
### Statement of Claim
### Plaintiff Merlinda Noel

**Unpaid Overtime and Minimum Wages**

| Period[1] | Weeks[1] | Weekly Hours Worked[1] | Amount Paid[1] | Hours Paid[1] | Regular Hourly Rate[1] | Overtime Hourly Rate[1] | Minimum Wage Hourly Rate | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/12/20 - 10/18/20 | 1 | 69.6 | $375.00 | 35 | $ 10.71 | $ 16.07 |  | $ 220.78 | $ 222.34 | $ 443.11 |
| 10/5/20 - 10/11/20 | 1 | 67.8 | $400.00 | 36 | $ 11.11 | $ 16.67 |  | $ 180.37 | $ 225.37 | $ 405.73 |
| 9/28/20 - 10/4/20 | 1 | 71.1 | $400.00 | 37 | $ 10.81 | $ 16.22 |  | $ 208.62 | $ 238.11 | $ 446.72 |
| 9/21/20 - 9/27/20 | 1 | 65.3 | $400.00 | 40 | $ 10.00 | $ 15.00 |  | $ 158.97 | $ 162.93 | $ 321.90 |
| 9/14/20 - 9/20/20 | 1 | 66.3 | $350.00 | 37 | $ 9.46 | $ 14.19 |  | $ 217.53 | $ 148.05 | $ 365.58 |
| 9/7/20 - 9/13/20 | 1 | 66.8 | $400.00 | 40 | $ 10.00 | $ 15.00 | $ 8.56 | $ 171.81 | $ 172.59 | $ 344.40 |
| 8/31/20 - 9/6/20 | 1 | 70.4 | $620.00 | 62 | $ 10.00 | $ 15.00 |  | $ - | $ 236.00 | $ 236.00 |
| 8/24/20 - 8/30/20 | 1 | 63.3 | $ - | 0 | $ 10.00 | $ 15.00 |  | $ 541.85 | $ 150.05 | $ 691.90 |
| 8/17/20 - 8/23/20 | 1 | 64 | $400.00 | 40 | $ 10.00 | $ 15.00 |  | $ 147.84 | $ 154.56 | $ 302.40 |
| 8/10/20 - 8/16/20 | 1 | 56.2 | $400.00 | 40 | $ 10.00 | $ 15.00 |  | $ 81.07 | $ 104.33 | $ 185.40 |
| 8/5/20 - 8/9/20 | 0.71 | 47.2 | $400.00 | 40 | $ 10.00 | $ 15.00 |  | $ 4.03 | $ 33.12 | $ 37.15 |
|  |  |  |  |  |  |  |  | $1,932.86 | $1,847.44 | $ 3,780.30 |

Total Unpaid Minimum Wages[1] = $ 1,932.86
Total Unpaid Overtime Wages[1] = $ 1,847.44
Total Liquidated Damages[1] = $ 3,780.30
Total[1] = $ 7,560.60

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.